IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-474 |
| | : | |
| AYENDE ALVARADO | : | |

## **ORDER**

AND NOW, this 18th day of May, 2020, upon consideration of Defendant Ayende Alvarado's Sealed Motion for Reconsideration of Pretrial Detention, the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 25) is DENIED without prejudice to reassert should circumstances change.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.